# JAMES  H.  STARK  ET  AL.,  PETITIONERS.

## Suffolk,  October,  1901.

### *Possessory  Title — Assessors' Plan.*

This  is  a  curiosity  in  titles.   The  land  is  a  part  of  the
Gerrish  farm,  which  was  originally  laid  out  into  lots  accord-
ing  to  a  plan  which,  as  found  in  earlier  cases  in  this  court,
not  only  was  not  based  on  an  accurate  survey  of  the  ground,
but  was  inconsistent  in  itself,  the  distances  and  angles  indi-
cated  being  impossible.   The  property  spread  out  somewhat
in  fan  shape  up  over  the  hill,  and  while  at  the  foot  of  the
hill,  near  the  sticks  of  the  fan,  there  was  a  deficiency  of  land,
on  the  top  of  the  hill  there  was  a  surplusage.

When  a  correct  survey  was  finally  made,  and  incidentally
the  curved  portion  of  Bigelow  Street  was  moved  materially
to  the  North,  it  left  more  land  on  the  curve  than  the  Asses-
sors  had  previously  assessed  for  taxes.   The  deeds  of  the
lots  on  the  curve  of  Bigelow  Street  were  so  drawn  that  each
grantee  bounded  on  the  land  of  his  neighbor,  but  the  Asses-
sors  disposed  of  the  surplus  by  the  simple  and  ingenious
method  of  giving  to  each  land  owner  what  he  had  previously
been  assessed  for,  and  inserting  a  new  wedge  shaped  parcel
between  the  lots  as  laid  out  on  the  old  plan,  and  assessing
the  tract  thus  created  to  " owners  unknown."   The  purchaser
at  the  tax  sale  of  this  no-man's  land,  thus  created,  which  is
our  present  locus,  promptly  entered  upon  his  domain;  pro-
cured  an  agreement  with  his  neighbors  by  which  a  survey  was
made;  and  there  was  set  off  to  each  neighbor  the  land  to
which  he  considered  himself  entitled  under  his  original  deed,
the  tax  title  purchaser  retaining  the  balance.   This  posses-

sion has been maintained by the purchaser at the tax sale, and his successors, the petitioners, for over twenty years. All holders of the original record title have been cited and received actual notice of these proceedings. The owner on the West assents to a decree according to the line of the fence (which was erected at the time of the agreement after the tax sale), while the other adjoining owners assent to the petitioner's claim.

Decree for petitioner.